IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT LEWIS and DELORISE LEWIS                    PLAINTIFFS

v.                         No. 3:14-cv-92-DPM

WEST MEMPHIS MEADOWS 1998
APARTMENTS LP; SUSQUEHENA
LUCAS, in her individual capacity and
in her capacity as Community Manager;
and JOHNNIE LEE WINKFIELD                          DEFENDANTS

ORDER

Motion for joinder, № 19, granted. Amended complaint due by 2 January 2015.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 December 2014