IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT LEWIS and DELORISE LEWIS                PLAINTIFFS

v.                 No. 3:14-cv-92-DPM

WEST MEMPHIS MEADOWS 1998
APARTMENTS, LP; SUSQUEHENA
LUCAS, in her individual capacity and
in her capacity as Community Manager;
JOHNNIE LEE WINKFIELD; and LEDIC
MANAGEMENT GROUP, LLC                         DEFENDANTS

ORDER

Motion to withdraw, № 28, granted. Quincey M. Ross is no longer associated with this case.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 January 2015