# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROBERT LEWIS and DELORISE LEWIS**  PLAINTIFFS

v.  No. 3:14-cv-92-DPM

**WEST MEMPHIS MEADOWS 1998
APARTMENTS, LP; SUSQUEHENA
LUCAS, in her individual capacity and
in her capacity as Community Manager;
JOHNNIE LEE WINKFIELD; and LEDIC
MANAGEMENT GROUP, LLC**  DEFENDANTS

## ORDER

The Court needs a status report. Has the case settled? If not, how many days are needed for trial? Status report and a filing dealing with Ms. Lewis due by 17 April 2015.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 April 2015