IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT LEWIS and DELORISE LEWIS      PLAINTIFFS

v.      No. 3:14-cv-92-DPM

WEST MEMPHIS MEADOWS 1998
APARTMENTS, LP; SUSQUEHENA
LUCAS, in her individual capacity and
in her capacity as Community Manager;
JOHNNIE LEE WINKFIELD; and LEDIC
MANAGEMENT GROUP, LLC      DEFENDANTS

JUDGMENT

This case is dismissed with prejudice.

*D.P. Marshall Jr.*
United States District Judge

20 April 2015